**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6013

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LUIS ORDONEZ-VEGA, a/k/a Big Boy,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:15-cr-00121-RJC-SCR-22; 3:23-cv-00666-RJC)

Submitted: December 5, 2024                    Decided: December 10, 2024

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Luis Ordonez-Vega, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Ordonez-Vega appeals the district court's order denying his motion to unseal discovery documents from his criminal proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Ordonez-Vega*, Nos. 3:15-cr-00121-RJC-SCR-22, 3:23-cv-00666-RJC (W.D.N.C. Nov. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
